PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105-1545
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN MICHAEL ROSE,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:17-cv-00184-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME** |

Pursuant to the Parties' Stipulation for Extension of Time, IT IS HEREBY ORDERED that Defendant has until October 25, 2017, to submit her response to Plaintiff's Brief. All other dates in the Scheduling Order shall be extended accordingly.

Dated: August 31, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order
2:17-cv-00184-KJN      1